# Exhibit "A"

 

# MICHAEL ARAM ORCHID

Winner of Interior Design's 2017 Best of Year Award and Hospitality Design Magazine's 2018 HD Award for Surfaces. Born of a collaboration with homeware and jewelry designer Michael Aram, Orchid Dimensional's realistic carved flowers festoon a smooth background of polished white or black marble. Inspired by Michael Aram's original Orchid Collection, this groundbreaking design utilizes a variety of techniques for an intricate and elegant mosaic tile. Orchid is stocked in black and white in its original carved dimensional style, and in a flat design that extends its use to floors and other surfaces.



ARTISTIC TILE

# ORCHID DIMENSIONAL



*Polished Bianco Carrara & Thassos*









*Polished Nero & Thassos*

*Inspired by*
Michael Aram's
Orchid Collection

## APPLICATIONS

| INTERIOR FLOOR | INTERIOR WALL | SHOWER WALL | SHOWER FLOOR | EXTERIOR FLOOR | EXTERIOR WALL | POOL/ FOUNTAIN | COUNTER TOP | FIREPLACE SURROUND |
|---|---|---|---|---|---|---|---|---|
| No | Yes | Yes [5] | No | No | No | No | No | Yes |

## VARIATION

V1  V2  V3  V4

## INSTALLATION/MAINTENANCE

| SETTING MATERIAL | GROUT | GROUT JOINT | MEMBRANE | CAULK | SEALER | CLEANER | INSTALLATION INSTRUCTIONS | LAYOUT | DRY LAYOUT |
|---|---|---|---|---|---|---|---|---|---|
| Ardex N23 White [1] | Ardex FG-C Microtec Unsanded [2] | As established on sheets | Ardex 8 + 9 [3] | Ardex SX [4] | AquaMix Sealer's Choice Gold | AquaMix Concentrated Stone & Tile Cleaner | TCNA Handbook | No | Required |

## WATERJET MOSAIC



© 2018 ARTISTIC TILE, INC.
*Mesh mounted interlocking sheet\**

SOLD IN 3 PARTS

*\*Will not interlock with Orchid flat stock.*

(3.50 sf/pc)

## NOTES

[1] Alternate mortar - Mapei Granirapid White or Mapei Kerabond/Keralastic White
[2] Alternate grout - Mapei Ultracolor Plus FA
[3] Alternate membrane - Mapei Mapelastic AquaDefense
[4] Alternate caulk - Mapei Keracaulk Sanded
[5] Artistic Tile recommends the installation of a water proofing membrane under Michael Aram Dimensional Orchid in all wet areas. Dimensional Flowers should be grouted by hand, paying particular attention to grout removal and clean up from the surface. Seal stone prior to grouting. Grout only as much of the surface that can be thoroughly cleaned. Care must be taken to ensure the integrity of the dimensional pattern is not disturbed by excess grout. Excess grout must be properly removed from all surfaces.

Tech Notes:
- pH neutral stone cleaner should be used for daily cleaning.
- The depth of relief is ⅜" thick.
- Dimentional and flat sheet will not interlock with each other.

# ORCHID DIMENSIONAL

CUSTOM OPTIONS



| TAILORED TO | SPECIAL ORDER |
| --- | --- |



*Not Available*

*Polished Azul Cielo & Thassos*

ARTISTIC TILE

# ORCHID FLAT



*Polished Bianco Carrara & Thassos*



*Mixed Finish Nero & Thassos*



| APPLICATIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INTERIOR FLOOR | INTERIOR WALL | SHOWER WALL | SHOWER FLOOR | EXTERIOR FLOOR | EXTERIOR WALL | POOL/ FOUNTAIN | COUNTER TOP | FIREPLACE SURROUND |
| Medium Traffic Commercial | All | Yes, including steam | Yes | No | Yes, including freeze thaw | No | No | Yes |

## VARIATION

| v1 | v2 | v3 | v4 |
|---|---|---|---|

| INSTALLATION/MAINTENANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SETTING MATERIAL | GROUT | GROUT JOINT | MEMBRANE | CAULK | SEALER | CLEANER | INSTALLATION INSTRUCTIONS | LAYOUT | DRY LAYOUT |
| Ardex N23 White [1] | Ardex FG-C Microtec Unsanded [2] | As established on sheets | Ardex 8 + 9 [3] | Ardex SX [4] | AquaMix Sealer's Choice Gold | AquaMix Concentrated Stone & Tile Cleaner | TCNA Handbook | No | Required |

## WATERJET MOSAIC

© 2018 ARTISTIC TILE, INC.
*(3.50 sf/pc)*
*Mesh mounted interlocking sheet\**

SOLD IN 3 PARTS

*\* Will not interlock with Orchid Dimensional stock.*

## NOTES

[1] Alternate mortar - Mapei Granirapid White or Mapei Kerabond/Keralastic White
[2] Alternate grout - Mapei Keracolor Unsanded or Mapei Ultracolor Plus FA
[3] Alternate membrane - Mapei Mapelastic Aquadefense
[4] Alternate caulk - Mapei Keracaulk Unsanded
Tech Notes:
 –  Dimensional and flat sheet will not interlock with each other.

## ARTISTIC TILE

# Exhibit "B"

# VITRUVIUS

—

With echoes of Leonardo DaVinci's famous "Vitruvian Man", the Vitruvius pattern models the ancient Roman architect Vitruvius' description of perfect proportions in architecture and the human body. Vitruvius, part of our SPQR collection of stone mosaics, follows the golden rules of Vitruvian architecture: firmatis (durability), utilitas (utility) and venustatis (beauty). Its circular pattern reads as one circle overlapping another, which overlaps another, and so forth, similar to DaVinci's drawing of the multi-limbed man.  The result is an intricate, fluid, and visually stimulating pattern with origins in classic Roman aesthetics, updated for a modern palette. Stocked in three sophisticated colorways, each crafted with carefully selected natural stones.



ARTISTIC TILE

# VITRUVIUS



*Botanic Green - Arabescato, Ming Green, Botanic Green & Bianco Carrara*



*Thassos - Bianco Dolomiti, Thassos, Statuary & Bianco Carrara*



*Lilac - Bianco Dolomiti, Lilac, Bianco Carrara*



| APPLICATIONS | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTERIOR FLOOR | INTERIOR WALL | SHOWER WALL | SHOWER FLOOR | EXTERIOR FLOOR | EXTERIOR WALL | POOL/ FOUNTAIN | COUNTER TOP |
| Commercial Light | All | Yes, including steam | Yes [4] | No | Yes, non-freeze thaw | No | Yes |

## VARIATION



V1  V2  V3  V4

## TAILORED TO CUSTOMIZATION

| CARPET CUTTING |
|---|
| FIELD |
| FINISH |
| MOSAIC |
| SADDLE |
| VANITY TOP |
| WATERJET |

| INSTALLATION/MAINTENANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SETTING MATERIAL | GROUT | GROUT JOINT | MEMBRANE | CAULK | SEALER | CLEANER | INSTALLATION INSTRUCTIONS | LAYOUT | DRY LAYOUT |
| Ardex X4 Tile & Stone Mortar [1] | Ardex FG-C Microtec Unsanded [2] | As established on sheets | Ardex 8 + 9 | Ardex SX | Aquamix Sealers Choice Gold | AquaMix Concentrated Stone & Tile Cleaner | A.T. Guidelines | No | Partial Layout [3] |

## NOTES

[1] Alternate mortar - Mapei Adesilex P10 w/ Keraply Additive or Mapei Ultraflex 2
[2] Alternate grout - Mapei Ultracolor Plus FA or Mapei Flexcolor CQ
[3] Layout for color and vein selection before installation.
 Tech Note: Maintain tile orientation
[4] Linear Drains only

## MOSAIC



*(0.97 sf/unit)*
*Mesh mounted interlocking sheet*

# ARTISTIC TILE

# VITRUVIUS INSTALLATION GUIDE

## INDIVIDUAL UNIT

**TOP LEFT**



**BOTTOM RIGHT**

## REPEAT PATTERN

### MUST MAINTAIN TILE ORIENTATION WHEN INSTALLING



## ARTISTIC TILE

Exhibit "C"

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-082-267**

**Effective Date of Registration:**
December 06, 2017

---

## Title

        **Title of Work:** Orchid Tile Pattern

## Completion/Publication

        **Year of Completion:** 2017
        **Date of 1st Publication:** April 11, 2017
        **Nation of 1st Publication:** United States

## Author

        • **Author:** MICHAEL ARAM, INC.
        **Author Created:** sculpture
        **Work made for hire:** Yes
        **Domiciled in:** United States

## Copyright Claimant

        **Copyright Claimant:** MICHAEL ARAM, INC.
        2102 83rd st, North Bergen, NJ, 07047, United States

## Rights and Permissions

        **Name:** Yefry Jave
        **Email:** yefry.jave@michaelaram.com
        **Telephone:** (201)758-2551

## Certification

        **Name:** YEFRY JAVE
        **Date:** December 06, 2017

---

        **Correspondence:** Yes

Page 1 of 2

**Registration #:** VA0002082267
**Service Request #:** 1-6073425801

MICHAEL ARAM, INC.
YEFRY JAVE
2102 83rd st
North Bergen, NJ 07047

Exhibit "D"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-183-382**

**Effective Date of Registration:**
July 09, 2019
**Registration Decision Date:**
December 19, 2019

## Title

**Title of Work:** Vitruvious

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 01, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Artistic Tile, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Artistic Tile, Inc.
520 Secaucus Road, Secaucus, NJ, 07094, United States

## Rights and Permissions

**Organization Name:** Artistic Tile, Inc.
**Name:** Nancy Epstein
**Telephone:** (201)864-7000
**Address:** 520 Secaucus Road
Secaucus, NJ 07094 United States

## Certification

Page 1 of 2

**Name:**  Michele Ross, Esq.
**Date**:  July 09, 2019

# Exhibit "E"



# ORCHIDEA NERO
## RP - 1074

Available Size

Polish finish

9mm thickness

31"x31"
800x800mm

Available On Special Order

47"x94"
1200x2400mm

31"x63"
800x1600mm

47"x47"
1200x1200mm

Exhibit "F"



VITRUVIUS GRIGIO

RP - 1075

Random face - 2

Available Size

Polish finish

9mm thickness

31"x31"
800x800mm

Available On Special Order



47"x94"                31"x63"        47"x47"
1200x2400mm    800x1600mm   1200x1200mm

# Exhibit "G"

# DUOMO

Presenting Duomo, a proprietary waterjet pattern from Artistic Tile. Styled after the floors of Italy's majestic cathedrals, Duomo is a clean, modern rendition of their soaring aesthetic. Available in three distinct colorways, Duomo can also be customized in our Tailored To program.



PICTURED: DUOMO BLACK HONED

ARTISTIC TILE

# DUOMO



*Duomo White*
*Line: Thassos Polished*
*Triangle: Calacatta Gold Polished,*
*Bianco Carrara*
*Polished, and Bardiglio Polished*



*Duomo Grey*
*Line: Thassos Polished*
*Triangle: Calacatta Gold Polished,*
*Grey Foussana Honed, and Smoke Honed*



*Duomo Black*
*Line: Champagne Honed*
*Triangle: Nero Marquina Polished, Grey*
*Foussana Honed, and Smoke Honed*



| APPLICATIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INTERIOR FLOOR | INTERIOR WALL | SHOWER WALL | SHOWER FLOOR | EXTERIOR FLOOR | EXTERIOR WALL | POOL/ FOUNTAIN | COUNTER TOP | FIREPLACE SURROUND |
| Light/Medium Commercial | All | Yes, including steam | Yes[1] | No | Yes, non-freeze thaw | No | Yes | Yes |

## VARIATION



| INSTALLATION/MAINTENANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SETTING MATERIAL | GROUT | GROUT JOINT | MEMBRANE | CAULK | SEALER | CLEANER | INSTALLATION INSTRUCTIONS | LAYOUT | DRY LAYOUT |
| Mapei Granirapid 2-Part System[2] | Mapei Ultracolor Plus FA[3] | As established on sheets | Mapei Mapelastic AquaDefense | Mapei Keracaulk Sanded | AquaMix Sealer's Choice Gold | AquaMix Concentrated Stone & Tile Cleaner | TCNA Handbook | No | Highly Recommended |

## AVAILABLE SIZES

WATERJET MOSAIC
10 ¹⁵/₁₆" × 12 ¹¹/₁₆" × ³/₈" (0.96 sf)

## NOTES

[1] Except for Duomo White
[2] Alternate mortar - Ardex N23 Microtec Rapid Set
[3] Alternate grout - Mapei Flexcolor CQ

# Exhibit "H"

# TRIANGLO GRIGIO
## RP - 1066

Available Size

Polish finish

9mm thickness

31"x31"
800x800mm

Available On Special Order

# Exhibit "I"



M. ROSS & ASSOCIATES
LLC

440 SYLVAN AVENUE, SUITE 220 | ENGLEWOOD CLIFFS, NEW JERSEY 07632

PHONE: 201.568.2064 | FAX: 201.608.7191 | WWW.MROSSLLC.COM

August 27, 2021

**VIA EMAIL AND OVERNIGHT MAIL**

Raphael Stone USA
600 Willow Tree Rd
Leonia, New Jersey 07605
mail@raphaelp.com

Raphael Stone Design, LLC
6-9 Park Place
Lodi, New Jersey 07644
Attn: Yaniv Cohen

Raphael Stone Design, LLC
175 Tenafly Road
Tenafly, New Jersey 07670-2629
Attn: Yaniv Cohen

Raphael Stone USA
1372 Wilson Street
Los Angeles, California 90021
Attn: Daisy Brisneo, Sales Director
*info@caraphael.com*
*daisy@caraphael.com*

Re:    *Notice of Copyright Infringement - Cease and Desist*

Dear Mr. Cohen and Ms. Brisneo:

This law firm represents Artistic Tile, Inc. ("Artistic Tile") in connection with its intellectual property rights. As you may be aware, Artistic Tile is a leading authority in the manufacturing, importing and distribution of luxury tile and stone throughout the United States. Artistic Tile, esteemed in the industry for its hand carved mosaics and other proprietary stone, marble and glass designs, spends substantial resources in developing and protecting its unique proprietary designs. Among those designs are the Michael Aram for Artistic Tile, Orchid Pattern ("Orchid"), a revered and highly recognized design that is the recipient of both the Interior Design's 201 Best of Year Award and Hospitality Design Magazines 2018 HD Award. Orchid is a one-of-a-kind, dimensional hand carved mosaic. Another of Artistic Tile's highly sought-after designs is Vitruvius, an ornate and intricate stone mosaic. Both Orchid and Vitruvius are protected under the copyright laws of the United States, bearing U.S. Copyright Registration Numbers VA 2-082-267 and VA 2-183-382, respectively. We are further aware that Raphael Stone is also infringing upon another of Artistic Tile's proprietary designs, protected under common law and

known as Duomo.  Copies of Artistic Tile's copyright protected patterns are attached hereto as **Exhibit "A"**.

It has recently come to our attention, that Raphael Stone Design LLC and Raphael Stone Collection Inc. (hereinafter collectively "Raphael Stone") are selling products that are identical versions of Artistic Tile's copyright protected designs, among which include imitation knock offs of Orchid, Vitruvius and also Artistic Tile's Duomo, a proprietary water jet mosaic protected under common law (hereinafter the "Infringing Designs").  It appears that Raphael Stone's Infringing Designs are known as "Orchidea," "Vitruvius" and "Trianglo," respectively.  Copies of Raphael Stone's Infringing Designs and corresponding photographs are attached hereto as **Exhibit "B"**.  Artistic Tile's representatives have located the Infringing Designs at various showrooms throughout the United States.  A comparison of the Infringing Designs demonstrably shows *not only* that they are substantially similar to Artistic Tile's copyright protected patterns, but also that Raphael Stone's versions are unmistakable copies, intended to purposefully mislead consumers, thus causing substantial harm to Artistic Tile.

***Accordingly, Artistic Tile demands that Raphael Stone immediately cease and desist from any further conduct as it relates to the importation, distribution, copying, promoting, advertising and sale of the Infringing Designs.***  In this regard, Artistic Tile further demands that Raphael Stone provide, at minimum, the following:

(1) an exhaustive list of all entities to whom Raphael Stone sent product samples of the Infringing Designs;

(2) a list of all entities to whom Raphael Stone sent a price list for the Infringing Designs;

(3) a list of all trade persons or entities to whom promotional materials have been sent which includes the Infringing Designs or any designs that are substantially similar;

(4) an account of all gross revenues generated in connection with the use, sale or offer for sale of the Infringing Designs to also include the entities that purchased the Infringing Designs;

(5) the name and address of the manufacturer that sourced the Infringing Designs to you, as well as the name and address of any agents involved; and

(6) copies of all invoices and commercial bills of sale.

Raphael Stone must further immediately remove the Infringing Designs from its any of its websites, as well as all other electronic mediums and social media, to include but not be limited to Instagram, Facebook, Houzz, and Wayfair.com.  Lastly, Artistic Tile demands that Raphael Stone destroy all current inventory and stock of the Infringing Designs and provide proof of same to this office.

Please be advised that Raphael Stone's failure to take such actions as demanded herein and discontinue all unauthorized use of Artistic Tile's copyrighted materials pursuant to the aforementioned, as well as delivering documentation confirming same to this office, **within ten (10) business days**, will constitute, to the extent it does not already, intentional copyright infringement.

Artistic Tile has invested substantial time and money in obtaining copyright protection and preserving its proprietary rights for a number of its original works, including the Orchid and Vitruvius patterns, and will vigorously prosecute against any infringing entities. Accordingly, you should be aware that Artistic Tile registers all of its copyright protected designs with U.S. Customs and Border Protections to deter infringers. As such, Artistic Tile will not hesitate to contact U.S. Customs and Border Protections and alert them to Raphael Stone's illegal purchase and importation of those counterfeit goods infringing upon Artistic Tile's copyright protected proprietary designs, thereby facilitating seizure and forfeiture authority for any items in violation of Artistic Tile's registered copyrights pursuant to 19 U.S.C. §1595(a)(2)(C).

Nothing in this letter shall constitute a waiver or limitation of any rights to which Artistic Tile may otherwise be entitled. I strongly encourage you to contact me at your earliest convenience to discuss this matter, as we have been instructed by our client to take immediate legal action.

Please be guided accordingly.

Very truly yours,

Michele L. Ross

MLR/dd
Encls.
cc:     Artistic Tile (via email)

Exhibit "A"

 

# MICHAEL ARAM ORCHID

—

Winner of Interior Design's 2017 Best of Year Award and Hospitality Design Magazine's 2018 HD Award for Surfaces. Born of a collaboration with homeware and jewelry designer Michael Aram, Orchid Dimensional's realistic carved flowers festoon a smooth background of polished white or black marble. Inspired by Michael Aram's original Orchid Collection, this groundbreaking design utilizes a variety of techniques for an intricate and elegant mosaic tile. Orchid is stocked in black and white in its original carved dimensional style, and in a flat design that extends its use to floors and other surfaces.



ARTISTIC TILE

ARTISTICTILE.COM | JUNE 2021

# ORCHID DIMENSIONAL



*Polished Bianco Carrara & Thassos*







*Polished Nero & Thassos*

*Inspired by*
Michael Aram's
Orchid Collection

| APPLICATIONS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INTERIOR FLOOR | INTERIOR WALL | SHOWER WALL | SHOWER FLOOR | EXTERIOR FLOOR | EXTERIOR WALL | POOL/ FOUNTAIN | COUNTER TOP | FIREPLACE SURROUND |
| No | Yes | Yes [5] | No | No | No | No | No | Yes |

| VARIATION |
|---|
| V1  V2  V3  V4 |

| INSTALLATION/MAINTENANCE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SETTING MATERIAL | GROUT | GROUT JOINT | MEMBRANE | CAULK | SEALER | CLEANER | INSTALLATION INSTRUCTIONS | LAYOUT | DRY LAYOUT |
| Ardex N23 White [1] | Ardex FG-C Microtec Unsanded [2] | As established on sheets | Ardex 8 + 9 [3] | Ardex SX [4] | AquaMix Sealer's Choice Gold | AquaMix Concentrated Stone & Tile Cleaner | TCNA Handbook | No | Required |

## WATERJET MOSAIC



© 2018 ARTISTIC TILE, INC.
*Mesh mounted interlocking sheet\**

**SOLD IN 3 PARTS**

*\*Will not interlock with Orchid Flat stock.*

(3.50 sf/pc)

## NOTES

[1] Alternate mortar - Mapei Granirapid White or Mapei Kerabond/Keralastic White
[2] Alternate grout - Mapei Ultracolor Plus FA
[3] Alternate membrane - Mapei Mapelastic AquaDefense
[4] Alternate caulk - Mapei Keracaulk Sanded
[5] Artistic Tile recommends the installation of a water proofing membrane under Michael Aram Dimensional Orchid in all wet areas. Dimensional Flowers should be grouted by hand, paying particular attention to grout removal and clean up from the surface. Seal stone prior to grouting. Grout only as much of the surface that can be thoroughly cleaned. Care must be taken to ensure the integrity of the dimensional pattern is not disturbed by excess grout. Excess grout must be properly removed from all surfaces.

Tech Notes:
- pH neutral stone cleaner should be used for daily cleaning.
- The depth of relief is ⅜" thick.
- Dimentional and flat sheet will not interlock with each other.

# ORCHID DIMENSIONAL

### CUSTOM OPTIONS



| TAILORED TO | SPECIAL ORDER |
| --- | --- |



*Not Available*

*Polished Azul Cielo & Thassos*

## ARTISTIC TILE

# ORCHID FLAT



*Polished Bianco Carrara & Thassos*



*Mixed Finish Nero & Thassos*



## APPLICATIONS

| INTERIOR FLOOR | INTERIOR WALL | SHOWER WALL | SHOWER FLOOR | EXTERIOR FLOOR | EXTERIOR WALL | POOL/ FOUNTAIN | COUNTER TOP | FIREPLACE SURROUND |
|---|---|---|---|---|---|---|---|---|
| Medium Traffic Commercial | All | Yes, including steam | Yes | No | Yes, including freeze thaw | No | No | Yes |

## VARIATION

| V1 | V2 | V3 | V4 |
|---|---|---|---|

## INSTALLATION/MAINTENANCE

| SETTING MATERIAL | GROUT | GROUT JOINT | MEMBRANE | CAULK | SEALER | CLEANER | INSTALLATION INSTRUCTIONS | LAYOUT | DRY LAYOUT |
|---|---|---|---|---|---|---|---|---|---|
| Ardex N23 White [1] | Ardex FG-C Microtec Unsanded [2] | As established on sheets | Ardex 8 + 9 [3] | Ardex SX [4] | AquaMix Sealer's Choice Gold | AquaMix Concentrated Stone & Tile Cleaner | TCNA Handbook | No | Required |

## WATERJET MOSAIC

© 2018 ARTISTIC TILE, INC.

*(3.50 sf/pc)*
*Mesh mounted interlocking sheet\**

SOLD IN 3 PARTS

*\* Will not interlock with Orchid Dimensional stock.*

## NOTES

[1] Alternate mortar - Mapei Granirapid White or Mapei Kerabond/Keralastic White
[2] Alternate grout - Mapei Keracolor Unsanded or Mapei Ultracolor Plus FA
[3] Alternate membrane - Mapei Mapelastic Aquadefense
[4] Alternate caulk - Mapei Keracaulk Unsanded
Tech Notes:
 - Dimensional and flat sheet will not interlock with each other.

# VITRUVIUS

With echoes of Leonardo DaVinci's famous "Vitruvian Man", the Vitruvius pattern models the ancient Roman architect Vitruvius' description of perfect proportions in architecture and the human body. Vitruvius, part of our SPQR collection of stone mosaics, follows the golden rules of Vitruvian architecture: firmatis (durability), utilitas (utility) and venustatis (beauty). Its circular pattern reads as one circle overlapping another, which overlaps another, and so forth, similar to DaVinci's drawing of the multi-limbed man.  The result is an intricate, fluid, and visually stimulating pattern with origins in classic Roman aesthetics, updated for a modern palette. Stocked in three sophisticated colorways, each crafted with carefully selected natural stones.



## ARTISTIC TILE

# V I T R U V I U S



*Botanic Green - Arabescato, Ming Green, Botanic Green & Bianco Carrara*



*Thassos - Bianco Dolomiti, Thassos, Statuary & Bianco Carrara*



*Lilac - Bianco Dolomiti, Lilac, Bianco Carrara*



| APPLICATIONS | | | | | | | | | VARIATION | | | | | TAILORED TO CUSTOMIZATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| INTERIOR FLOOR | INTERIOR WALL | SHOWER WALL | SHOWER FLOOR | EXTERIOR FLOOR | EXTERIOR WALL | POOL/ FOUNTAIN | COUNTER TOP |
|---|---|---|---|---|---|---|---|
| Commercial Light | All | Yes, including steam | Yes [4] | No | Yes, non-freeze thaw | No | Yes |

**VARIATION**

V1  V2  V3  V4

**TAILORED TO CUSTOMIZATION**

CARPET CUTTING
FIELD
FINISH
MOSAIC
SADDLE
VANITY TOP
WATERJET

## INSTALLATION/MAINTENANCE

| SETTING MATERIAL | GROUT | GROUT JOINT | MEMBRANE | CAULK | SEALER | CLEANER | INSTALLATION INSTRUCTIONS | LAYOUT | DRY LAYOUT |
|---|---|---|---|---|---|---|---|---|---|
| Ardex X4 Tile & Stone Mortar [1] | Ardex FG-C Microtec Unsanded [2] | As established on sheets | Ardex 8 + 9 | Ardex SX | Aquamix Sealers Choice Gold | AquaMix Concentrated Stone & Tile Cleaner | A.T. Guidelines | No | Partial Layout [3] |

## MOSAIC



*(0.97 sf/unit)*
*Mesh mounted interlocking sheet*

## NOTES

[1] Alternate mortar - Mapei Adesilex P10 w/ Keraply Additive or Mapei Ultraflex 2
[2] Alternate grout - Mapei Ultracolor Plus FA or Mapei Flexcolor CQ
[3] Layout for color and vein selection before installation.
 Tech Note: Maintain tile orientation.
[4] Linear Drains only

# VITRUVIUS INSTALLATION GUIDE

## INDIVIDUAL UNIT

**TOP LEFT**



**BOTTOM RIGHT**

## REPEAT PATTERN

### MUST MAINTAIN TILE ORIENTATION WHEN INSTALLING



# ARTISTIC TILE

# DUOMO

Presenting Duomo, a proprietary waterjet pattern from Artistic Tile. Styled after the floors of Italy's majestic cathedrals, Duomo is a clean, modern rendition of their soaring aesthetic. Available in three distinct colorways, Duomo can also be customized in our Tailored To program.



PICTURED: DUOMO BLACK HONED

ARTISTIC TILE

# DUOMO



*Duomo White*
*Line: Thassos Polished*
*Triangle: Calacatta Gold Polished,*
*Bianco Carrara*
*Polished, and Bardiglio Polished*



*Duomo Grey*
*Line: Thassos Polished*
*Triangle: Calacatta Gold Polished,*
*Grey Foussana Honed, and Smoke Honed*



*Duomo Black*
*Line: Champagne Honed*
*Triangle: Nero Marquina Polished, Grey*
*Foussana Honed, and Smoke Honed*



## APPLICATIONS

| INTERIOR FLOOR | INTERIOR WALL | SHOWER WALL | SHOWER FLOOR | EXTERIOR FLOOR | EXTERIOR WALL | POOL/ FOUNTAIN | COUNTER TOP | FIREPLACE SURROUND |
|---|---|---|---|---|---|---|---|---|
| Light/Medium Commercial | All | Yes, including steam | Yes[1] | No | Yes, non-freeze thaw | No | Yes | Yes |

## VARIATION



V1  V2  V3  V4

## INSTALLATION/MAINTENANCE

| SETTING MATERIAL | GROUT | GROUT JOINT | MEMBRANE | CAULK | SEALER | CLEANER | INSTALLATION INSTRUCTIONS | LAYOUT | DRY LAYOUT |
|---|---|---|---|---|---|---|---|---|---|
| Mapei Granirapid 2-Part System[2] | Mapei Ultracolor Plus FA[3] | As established on sheets | Mapei Mapelastic AquaDefense | Mapei Keracaulk Sanded | AquaMix Sealer's Choice Gold | AquaMix Concentrated Stone & Tile Cleaner | TCNA Handbook | No | Highly Recommended |

## AVAILABLE SIZES

WATERJET MOSAIC
10 ⅜/16" × 12 ¹¹/16" × ⅜" (0.96 sf)

## NOTES

[1] Except for Duomo White
[2] Alternate mortar - Ardex N23 Microtec Rapid Set
[3] Alternate grout - Mapei Flexcolor CQ

## ARTISTIC TILE

Exhibit "B"





Random face - **2**

VITRUVIUS GRIGIO
RP - 1075

Available Size

Polish finish

9mm thickness

31 ¹/²"x31 ¹/²"
800x800mm

Available On Special Order

47 ¹/⁴"x94 ¹/²"
1200x2400mm

31 ¹/²"x63"
800x1600mm

47 ¹/⁴"x47 ¹/⁴"
1200x1200mm



**TRIANGLO** GRIGIO

RP - 1066

Available Size

⬢ **Polish** finish

⊖ **9mm** thickness

31 1/2"x31 1/2"
800x800mm

Available On Special Order